Ex parte Conway C. CRAIG.

Ex parte Bob McCRACKEN.

Ex parte Tom MULVANEY.
Nos. 23232–23234.

Court of Criminal Appeals of Texas.
Oct. 15, 1947.

PER CURIAM.

In obedience to the decision of the Supreme Court of the United States, Craig v. Harney, 331 U.S. 367, 67 S.Ct. 1249, which reversed 193 S.W.2d 178, entered on May 19, 1947, reversing the decision of this court in this cause, it is ordered that relators be and are hereby discharged.